# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWSHON RILEY, et al., <br>       Plaintiffs, <br><br> v. <br><br> CALIBER HOME LOANS, INC., et al., <br>       Defendants. | CV 20-1497 DSF (KSx) <br><br> JUDGMENT |

    The Court having granted Defendants' motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 22, 2021

                                        Dale S. Fischer <br>
                                        United States District Judge